**Exhibit A to the Complaint**

**Location:** Nutley, NJ

**Total Works Infringed:** 51

**IP Address:** 74.102.104.95

**ISP:** Verizon Fios

| Work | Hash | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | 72555676245CA53C457541455A41821330714A7A | 04/18/2019 16:19:45 | Blacked | 03/11/2019 | 03/31/2019 | PA0002163979 |
| 2 | 051A52EFFAA41578BB5F4F7EDE4827997D21BC4C | 03/03/2019 12:47:30 | Vixen | 07/23/2018 | 09/05/2018 | PA0002135670 |
| 3 | 0ED1618079E29D4BB708465328D67B227B1AA795 | 03/03/2019 13:48:48 | Vixen | 03/10/2018 | 04/17/2018 | PA0002116743 |
| 4 | 14C05DD49CADBA8851E1E30C645E9C5B4DDE3F90 | 03/02/2019 02:20:12 | Vixen | 02/28/2019 | 03/31/2019 | PA0002163973 |
| 5 | 1D652D14E624CF4FE65234E00AB298914C6B5B1B | 03/03/2019 11:49:25 | Vixen | 01/04/2019 | 01/22/2019 | PA0002147681 |
| 6 | 1F3C71A8C75CE5A96C4CDFC55B75C9DBFE80BA96 | 03/03/2019 11:50:34 | Vixen | 10/26/2018 | 12/10/2018 | PA0002145824 |
| 7 | 2053F578471906D2E1D3E5A3C40EBCF42ADB6582 | 03/03/2019 13:46:05 | Vixen | 09/01/2018 | 11/01/2018 | PA0002143431 |
| 8 | 25BB736475DB18C804D23B6C8888A5CA4BC9F352 | 03/03/2019 16:40:42 | Vixen | 02/28/2018 | 04/17/2018 | PA0002116071 |
| 9 | 288EBA072091AF90DF7E22989C4BC66087B2C773 | 03/03/2019 11:54:41 | Vixen | 12/20/2018 | 01/22/2019 | PA0002147683 |
| 10 | 2A87FFB92A8547AF4A92D43DA2660FB0030683E4 | 03/03/2019 14:47:27 | Vixen | 11/25/2018 | 01/22/2019 | PA0002149840 |
| 11 | 2CB43429526775645D5837FE2C63CFFB1B0D2802 | 03/03/2019 16:42:35 | Vixen | 10/31/2017 | 12/05/2017 | PA0002097990 |
| 12 | 2F83CE09B1F20BE375C20F1028CD3FBEF3813FDE | 03/03/2019 11:48:46 | Vixen | 02/18/2019 | 03/11/2019 | PA0002158598 |
| 13 | 340388F38581DF5E919342C8EBB209978EEA9633 | 03/02/2019 04:02:34 | Blacked | 01/30/2019 | 02/22/2019 | PA0002155138 |
| 14 | 38C7E5746A3FDD697968C49275B81836A9454790 | 03/03/2019 14:48:32 | Vixen | 10/06/2018 | 11/01/2018 | PA0002141493 |
| 15 | 3C109B5928289FD0855824AB59FDCD825AE3DE52 | 03/03/2019 16:41:05 | Vixen | 05/09/2018 | 06/19/2018 | PA0002126667 |
| 16 | 41B3EC2D6CD45BBF85051632D43E36BAA7523668 | 03/03/2019 12:59:15 | Vixen | 12/15/2018 | 01/22/2019 | PA0002147905 |
| 17 | 4615FF136FFFC87A2B164521D04F6EF3E16D8EC4 | 03/03/2019 12:48:12 | Vixen | 11/20/2018 | 12/18/2018 | PA0002141925 |

| Work | Hash | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 18 | 4A3136B25E195764C6A5BFB40F2A05BF4D67FC78 | 03/02/2019 04:54:01 | Blacked | 10/27/2018 | 12/10/2018 | PA0002145828 |
| 19 | 4ED2350365BDA4C8207A8CCEDBC81B0340E58ABC | 03/02/2019 01:38:47 | Blacked Raw | 02/16/2019 | 03/11/2019 | PA0002158595 |
| 20 | 50E15D2CBEC667D65E27914E8CD54CFC687BA554 | 03/03/2019 14:23:17 | Vixen | 10/11/2018 | 10/28/2018 | PA0002130457 |
| 21 | 53DD9DA9E0B24B4961098D0683C348309445E260 | 03/02/2019 01:01:05 | Vixen | 12/25/2018 | 01/22/2019 | PA0002147901 |
| 22 | 55298BBC330B3C971890294BDE7CAC90F58A2867 | 03/03/2019 14:25:49 | Vixen | 11/05/2018 | 11/25/2018 | PA0002136632 |
| 23 | 5954CA36DA9BD29C667D78C6FA6EE9CFB6C65806 | 03/03/2019 12:14:25 | Vixen | 07/18/2018 | 09/01/2018 | PA0002119684 |
| 24 | 6F163C383995F829D551524573789A6FEC5C22D5 | 03/03/2019 14:19:05 | Vixen | 06/03/2018 | 07/09/2018 | PA0002109331 |
| 25 | 7180352F1197F512822C8C7B41CAADADB5C0F744 | 03/02/2019 03:48:32 | Blacked | 01/25/2019 | 02/22/2019 | PA0002155136 |
| 26 | 7B75F10ACF4BAA5B3A8D5265CFCAC24A2F0E0B18 | 03/02/2019 00:58:39 | Tushy | 01/26/2019 | 02/22/2019 | PA0002155150 |
| 27 | 7C99E492EC61646CED06952C682B68AACFCD7C33 | 03/03/2019 11:49:10 | Vixen | 02/23/2019 | 04/29/2019 | PA0002169931 |
| 28 | 80494AFA4036C921B131676C3D1A61F5DE378231 | 04/18/2019 16:15:41 | Blacked | 04/10/2019 | 05/11/2019 | PA0002173883 |
| 29 | 832675DAB93182B2C5E5DA5110D4E3E0660CD182 | 03/03/2019 13:22:06 | Vixen | 10/16/2018 | 10/28/2018 | PA0002130458 |
| 30 | 8A906C5A23F35028EFDE5B9C81D9EE277ACA0275 | 03/03/2019 13:49:13 | Vixen | 04/24/2018 | 06/19/2018 | PA0002126671 |
| 31 | 8F914AD5D985A4614B945A9CBAEA70996038A99E | 03/03/2019 12:07:20 | Vixen | 07/03/2018 | 07/26/2018 | PA0002112153 |
| 32 | 8FEB7B713AAC2A4F8565238C5357FCE88E9CE896 | 03/03/2019 13:49:55 | Vixen | 10/21/2018 | 11/25/2018 | PA0002136633 |
| 33 | 9C643ACA38FD9D470613CE49A612A20A07950A43 | 03/03/2019 13:33:37 | Vixen | 04/29/2018 | 06/19/2018 | PA0002126677 |
| 34 | A01F9474807C40CD315CA9F91AE8FCD561A34CE3 | 03/02/2019 03:48:30 | Blacked | 02/24/2019 | 03/31/2019 | PA0002163974 |
| 35 | A66C9C655E360338BD35653F211606B8DDC42727 | 04/18/2019 16:20:35 | Tushy | 04/11/2019 | 05/11/2019 | PA0002173890 |
| 36 | B219D12248F1CA666493E6415186170418E22D01 | 03/03/2019 13:47:52 | Vixen | 12/05/2017 | 01/04/2018 | PA0002097413 |

| Work | Hash | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 37 | BD854768B2F7F60A088E5A249207DEACEE5A7CD0 | 03/02/2019 04:25:31 | Vixen | 02/13/2019 | 03/11/2019 | PA0002158413 |
| 38 | C0AF0E461A6C6EDA52D70A44F8B3685FD1ABCFA3 | 03/03/2019 13:48:50 | Vixen | 08/02/2018 | 09/01/2018 | PA0002119574 |
| 39 | C9B0FE824EC74B4492017E5AA090C08B4314BF82 | 03/03/2019 12:12:13 | Vixen | 01/19/2019 | 02/22/2019 | PA0002155139 |
| 40 | CFEBC9AE50CD5776401B39FF5FF280EB18AED998 | 03/03/2019 13:24:58 | Vixen | 05/14/2018 | 06/19/2018 | PA0002126499 |
| 41 | D33B55F4B260300934470B2571AA379EBBA73038 | 03/03/2019 12:52:53 | Vixen | 12/10/2018 | 01/22/2019 | PA0002149491 |
| 42 | D375F105B52A3AC98CBB404F4E4BF08B2820686C | 03/03/2019 12:30:48 | Vixen | 01/09/2019 | 02/02/2019 | PA0002155377 |
| 43 | E39547E0E5CD17BF41AD4FD5134CBBAA9EBCDAFF | 04/18/2019 14:36:58 | Blacked | 04/15/2019 | 05/11/2019 | PA0002173886 |
| 44 | E474F829786D99F77071D695C1E640049D946C7C | 04/18/2019 16:33:40 | Blacked | 04/05/2019 | 04/29/2019 | PA0002169966 |
| 45 | EA3A1459FD63ECD6B26644B90833EB3BD0C7E235 | 03/03/2019 12:52:23 | Vixen | 06/13/2018 | 07/14/2018 | PA0002128389 |
| 46 | EFDB886D8D69B8D7CC31153066C52424FA716283 | 03/03/2019 12:53:54 | Vixen | 06/23/2018 | 07/26/2018 | PA0002112155 |
| 47 | F25817E594908EA8A9E9E38596A20DA2D2230ADA | 04/18/2019 15:39:34 | Vixen | 04/09/2019 | 04/29/2019 | PA0002169963 |
| 48 | F518524A3E8B5819DB451A88F725D979F728EC34 | 03/03/2019 13:16:52 | Vixen | 08/12/2018 | 09/01/2018 | PA0002119680 |
| 49 | F7376CEB79F8F49F4AA0A5D72A07C3C7310723CA | 03/03/2019 14:47:51 | Vixen | 10/31/2018 | 12/10/2018 | PA0002145830 |
| 50 | FBB1E3387B5D032B30B9137E05F516E696DC5CC5 | 03/03/2019 12:13:25 | Vixen | 11/10/2018 | 11/25/2018 | PA0002136725 |
| 51 | FFB59D7B851B2FAC080AAAD07215FDA138C5D5B9 | 03/03/2019 12:05:27 | Vixen | 08/07/2018 | 09/05/2018 | PA0002135684 |